United States Bankruptcy Court

District of Maryland

In re:

George C Stine

Melissa J Stine

    Debtors

Case No. 26-13466-LSS

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 3

Date Rcvd: Apr 01, 2026      Form ID: 309A      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/db | + | George C Stine, Melissa J Stine, 113 Ellington Blvd Apt 561, Gaithersburg, MD 20878-4543 |
| 33214848 | + | Cadence at Crown Apts, 113 Ellington Blvd, Gaithersburg, MD 20878-4528 |
| 33214852 | + | Collection Attorneys USA, 1914 Skillman St, Dallas, TX 75206-8559 |
| 33214856 | | Crown Asset Management, 100 Breckinridge Boulevard Suite 725, Duluth, GA 30096 |
| 33214863 | + | Marysela Baker, 11 E 1st St, Apt 826, New York, NY 10003-9193 |
| 33214868 | ++ | PEPCO, LEGAL SERVICES, PEPCO HOLDINGS INC, 701 NINTH ST NW SUITE 1100, WASHINGTON DC 20068-0001 address filed with court:, Pepco, PO Box 97274, Washington, DC 20090 |
| 33214869 | | Portfolio Recovery, Riverside Commerce Center, Norfolk, VA 23502 |
| 33214872 | + | The Northstar Companies, 4285 Genesee St, Cheektowaga, NY 14225-1943 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: dpress@chung-press.com | Apr 01 2026 19:39:00 | Daniel M. Press, Chung & Press, P .C., 6718 Whittier Ave., Ste. 200, McLean, VA 22101 |
| tr | + | EDI: QMCOHEN.COM | Apr 01 2026 23:30:00 | Merrill Cohen, Merrill Cohen, Trustee, P.O. Box 53, Harbeson, DE 19951-0053 |
| 33214845 | + | Email/Text: bankruptcy@acima.com | Apr 01 2026 19:41:00 | Acima Digital LLC, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 33214846 | + | EDI: BANKAMER | Apr 01 2026 23:30:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 33214847 | + | EDI: PHINGENESIS | Apr 01 2026 23:30:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 33214853 | | Email/Text: BKY@conserve-arm.com | Apr 01 2026 19:40:00 | Conserve, 200 Cross Keys Office Park, Fairport, NY 14450 |
| 33214849 | + | EDI: CAPITALONE.COM | Apr 01 2026 23:30:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 33214850 | + | Email/Text: bzern@celticbank.com | Apr 01 2026 19:41:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 33214851 | + | EDI: CITICORP | Apr 01 2026 23:30:00 | Citibank NA, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 33214855 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 01 2026 19:46:47 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 33214854 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 01 2026 19:46:52 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 33214857 | ^ | MEBN | | |

District/off: 0416-0 | User: admin | Page 2 of 3
Date Rcvd: Apr 01, 2026 | Form ID: 309A | Total Noticed: 33

| | | | Apr 01 2026 19:35:23 | D&A Services, 1400 E Touhy Ave Ste 62, Des Plaines, IL 60018-3305 |
|---|---|---|---|---|
| 33214859 | + | Email/Text: RCG_ComplianceDept@assurant.com | | |
| 33214858 | + | EDI: IRS.COM | Apr 01 2026 19:40:00 | IQ Data, P.O. Box 340., Bothell, WA 98041-0340 |
| | | | Apr 01 2026 23:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33214860 | ^ | MEBN | Apr 01 2026 19:35:32 | Klima & Peters, 8028 Ritchie Hwy Ste 300, Pasadena, MD 21122-1360 |
| 33214861 | + | Email/Text: support@ljross.com | | |
| | | | Apr 01 2026 19:40:00 | LJ Ross & Associates, 6360 Jackson Rd Ste 1, Ann Arbor, MI 48103-9597 |
| 33214862 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 01 2026 19:46:54 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 33214864 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 01 2026 19:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 33214865 | + | Email/Text: Bankruptcies@nragroup.com | | |
| | | | Apr 01 2026 19:41:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 33214866 | + | EDI: NFCU.COM | | |
| | | | Apr 01 2026 23:30:00 | Navy Federal, PO Box 3000, Merrifield, VA 22119-3000 |
| 33214867 | + | EDI: AGFINANCE.COM | | |
| | | | Apr 01 2026 23:30:00 | One Main Financial, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 33214870 | + | Email/Text: bankruptcy@silvermanlegal.com | | |
| | | | Apr 01 2026 19:40:00 | Silverman & Theologou, 11200 Rockville Pike Ste 520, Rockville, MD 20852-7105 |
| 33214871 | + | EDI: SYNC | | |
| | | | Apr 01 2026 23:30:00 | Synchrony Bank, PO Box 71757, Philadelphia, PA 19176-1757 |
| 33214873 | + | Email/Text: Bankruptcy@washgas.com | | |
| | | | Apr 01 2026 19:41:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |
| 33214874 | + | EDI: WFFC | | |
| | | | Apr 01 2026 23:30:00 | Wells Fargo Auto, PO Box 51963, Los Angeles, CA 90051-6263 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

District/off: 0416-0        User: admin        Page 3 of 3

Date Rcvd: Apr 01, 2026        Form ID: 309A        Total Noticed: 33

| Name | Email Address |
|------|---------------|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Merrill Cohen | merrillc@cohenbaldinger.com  mcohen@ecf.axosfs.com |

TOTAL: 2

District/off: 0416-0        User: admin        Page 3 of 3

Date Rcvd: Apr 01, 2026        Form ID: 309A        Total Noticed: 33

| Name | Email Address |
|------|---------------|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Merrill Cohen | merrillc@cohenbaldinger.com  mcohen@ecf.axosfs.com |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **George C Stine** | Social Security number or ITIN | **xxx–xx–8910** |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Melissa J Stine** | Social Security number or ITIN | **xxx–xx–0350** |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **District of Maryland** | | | |
| Case number:   **26–13466 LSS**    Chapter:  **7** | | Date case filed for chapter  **7  3/31/26** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov)..

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | George C Stine | | Melissa J Stine |
| 2. | **All other names used in the last 8 years** | | | fka Melissa J Benitez |
| 3. | **Address** | 113 Ellington Blvd Apt 561 Gaithersburg, MD 20878 | | 113 Ellington Blvd Apt 561 Gaithersburg, MD 20878 |
| 4. | **Debtor's attorney** Name and address | Daniel M. Press Chung & Press, P .C. 6718 Whittier Ave., Ste. 200 McLean, VA 22101 | | Contact phone (703) 734–3800 Email:  dpress@chung–press.com |
| 5. | **Bankruptcy trustee** Name and address | Merrill Cohen Merrill Cohen, Trustee P.O. Box 53 Harbeson, DE 19951 | | Contact phone 302–200–9271 Email:  merrillc@cohenbaldinger.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                  page 1

Debtor **George C Stine** and **Melissa J Stine**                                                    Case number **26–13466**

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal |

Hours open:
8:45 – 4:00 PM

Contact phone (301) 344–8018

Date: 4/1/26

---

**7. Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**May 6, 2026 at 01:00 PM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

Location:

**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 649 287 3398, and Passcode 8582824638, OR call 1–240–829–2974**

**For additional meeting information, go to https://www.justice.gov/ust/moc**

---

**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

---

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Filing deadline: 7/6/26**

**Deadline to object to exemptions:**

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

---

**13. Debtor electronic bankruptcy noticing**

The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov.

---

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**