**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

-----------------------------------------------------------------X
In re:                                          :        **Chapter 7**
                                                :
George C Stine and Melissa J Stine              :        **Case No.** 26-13466
                                                :
          **Debtor.**                           :
                                                :
-----------------------------------------------------------------X

<u>**NOTICE RE DEBTOR'S ADDRESS**</u>

        PLEASE TAKE NOTICE that the Debtor's residential and mailing address is as stated on

the Petition:

        George C Stine
        113 Ellington Blvd Apt 561
        Gaithersburg, MD 20878-4543


He previously resided in a different unit in that same building and mail was then forwarded to:

5210 Earles Ct
Frederick MD 21703

This address (Debtor's parents) may still be used as a mailing address if the expiration of the
forwarding order from the old address is causing confusion.

        Dated: May 6, 2026

                                        Respectfully submitted,

                                         /s/ Daniel M. Press
                                        Daniel M. Press, #07300
                                        Chung & Press, P.C.
                                        6718 Whittier Ave., Suite 200
                                        McLean, VA 22101
                                        (703) 734-3800
                                        (703) 734-0590 fax
                                        dpress@chung-press.com

--                                        1

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of May, 2026, I caused the foregoing notice to be served by CM/ECF on:

Merrill Cohen merrillc@cohenbaldinger.com,
mcohen@ecf.axosfs.com

_/s/ Daniel M. Press_____

--  2