Certificate Number: 06531-MD-DE-040996773

Bankruptcy Case Number: 26-13466



06531-MD-DE-040996773

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2026, at 8:59 o'clock PM CDT, George C Stine completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   May 19, 2026                By:      /s/Kenia Colchado

Name:   Kenia Colchado

Title:   Credit Counselor