Certificate Number: 06531-MD-DE-040996774

Bankruptcy Case Number: 26-13466



06531-MD-DE-040996774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 19, 2026</u>, at <u>8:59</u> o'clock <u>PM CDT</u>, <u>Melissa J Stine</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>May 19, 2026</u>          By:     <u>/s/Kenia Colchado</u>

                                    Name:   <u>Kenia Colchado</u>

                                    Title:   <u>Credit Counselor</u>