United States Bankruptcy Court

District of Maryland

In re:

George C Stine

Melissa J Stine

    Debtors

Case No. 26-13466-LSS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 318 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | George C Stine, Melissa J Stine, 113 Ellington Blvd Apt 561, Gaithersburg, MD 20878-4543 |
| 33214848 | + | Cadence at Crown Apts, 113 Ellington Blvd, Gaithersburg, MD 20878-4528 |
| 33214852 | + | Collection Attorneys USA, 1914 Skillman St, Dallas, TX 75206-8559 |
| 33214856 | | Crown Asset Management, 100 Breckinridge Boulevard Suite 725, Duluth, GA 30096 |
| 33214863 | + | Marysela Baker, 11 E 1st St, Apt 826, New York, NY 10003-9193 |
| 33214868 | ++ | PEPCO, LEGAL SERVICES, PEPCO HOLDINGS INC, 701 NINTH ST NW SUITE 1100, WASHINGTON DC 20068-0001 address filed with court:, Pepco, PO Box 97274, Washington, DC 20090 |
| 33214869 | | Portfolio Recovery, Riverside Commerce Center, Norfolk, VA 23502 |
| 33214872 | + | The Northstar Companies, 4285 Genesee St, Cheektowaga, NY 14225-1943 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMCOHEN.COM | Jul 10 2026 23:04:00 | Merrill Cohen, Merrill Cohen, Trustee, P.O. Box 53, Harbeson, DE 19951-0053 |
| 33214845 | + | Email/Text: bankruptcy@acima.com | Jul 10 2026 19:10:00 | Acima Digital LLC, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 33214846 | + | EDI: BANKAMER | Jul 10 2026 23:04:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 33214847 | + | EDI: PHINGENESIS | Jul 10 2026 23:04:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 33214853 | | Email/Text: IBNK@conserve-arm.com | Jul 10 2026 19:09:00 | Conserve, 200 Cross Keys Office Park, Fairport, NY 14450 |
| 33214849 | + | EDI: CAPITALONE.COM | Jul 10 2026 23:04:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 33214850 | + | Email/Text: bankruptcy@celticbank.com | Jul 10 2026 19:10:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 33214851 | + | EDI: CITICORP | Jul 10 2026 23:04:00 | Citibank NA, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 33214855 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2026 19:13:22 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 33214854 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2026 19:13:34 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 33214857 | ^ | MEBN | Jul 10 2026 19:05:51 | D&A Services, 1400 E Touhy Ave Ste 62, Des Plaines, IL 60018-3305 |
| 33214859 | + | Email/Text: RCG_ComplianceDept@assurant.com | | |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 318 | Total Noticed: 32 |

| | | | Jul 10 2026 19:09:00 | IQ Data, P.O. Box 340., Bothell, WA 98041-0340 |
|---|---|---|---|---|
| 33214858 | + | EDI: IRS.COM | Jul 10 2026 23:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33214860 | ^ | MEBN | Jul 10 2026 19:05:49 | Klima & Peters, 8028 Ritchie Hwy Ste 300, Pasadena, MD 21122-1360 |
| 33214861 | + | Email/Text: support@ljross.com | Jul 10 2026 19:10:00 | LJ Ross & Associates, 6360 Jackson Rd Ste 1, Ann Arbor, MI 48103-9597 |
| 33214862 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 19:13:35 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 33214864 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2026 19:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 33214865 | + | Email/Text: Bankruptcies@nragroup.com | Jul 10 2026 19:10:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 33214866 | + | EDI: NFCU.COM | Jul 10 2026 23:04:00 | Navy Federal, PO Box 3000, Merrifield, VA 22119-3000 |
| 33214867 | + | EDI: AGFINANCE.COM | Jul 10 2026 23:04:00 | One Main Financial, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 33214870 | + | Email/Text: bankruptcy@silvermanlegal.com | Jul 10 2026 19:10:00 | Silverman & Theologou, 11200 Rockville Pike Ste 520, Rockville, MD 20852-7105 |
| 33214871 | + | EDI: SYNC | Jul 10 2026 23:04:00 | Synchrony Bank, PO Box 71757, Philadelphia, PA 19176-1757 |
| 33214873 | + | Email/Text: Bankruptcy@washgas.com | Jul 10 2026 19:10:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |
| 33214874 | + | EDI: WFFC | Jul 10 2026 23:04:00 | Wells Fargo Auto, PO Box 51963, Los Angeles, CA 90051-6263 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |

District/off: 0416-0                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 10, 2026                       Form ID: 318                                    Total Noticed: 32

Merrill Cohen
                    merrillc@cohenbaldinger.com  mcohen@ecf.axosfs.com


TOTAL: 2

District/off: 0416-0                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 10, 2026                       Form ID: 318                                    Total Noticed: 32

Entered: July 10, 2026
Signed:  July 10, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **George C Stine** | Social Security number or ITIN  **xxx–xx–8910** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melissa J Stine** | Social Security number or ITIN  **xxx–xx–0350** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Maryland**

Case number:  **26–13466 LSS**     Chapter:  **7**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George C Stine

Melissa J Stine
fka Melissa J Benitez

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                     **Order of Discharge**                     page 2