Entered: July 14, 2026
Signed: July 14, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.:  26–13466 – LSS     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

George C Stine
113 Ellington Blvd Apt 561
Gaithersburg, MD 20878

Melissa J Stine
fka Melissa J Benitez
113 Ellington Blvd Apt 561
Gaithersburg, MD 20878

Social Security No.:   xxx–xx–8910

xxx–xx–0350

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 3/31/26.

The estate of the above−named debtor has been fully administered.

ORDERED, that Merrill Cohen is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *admin*